**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-19670 |
| Ramon L Illa | § | Chapter 7 |
| Karen S Illa | § | |
| Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:
Date:         12/12/2014
Time:        9:00 a.m.
Location:   Joliet City Hall
                  Second Floor
                  150 West Jefferson Street
                  Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/14/2014          By: _/s/ Joji Takada_
                                                            Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
Ramon L Illa § Case No. 10-19670
Karen S Illa §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 50,000.00 |
| and approved disbursements of | $ | 21,302.42 |
| leaving a balance on hand of[1] | $ | 28,697.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 5,122.41 | $ 0.00 | $ 5,122.41 |
| Trustee Expenses: Joji Takada | $ 10.29 | $ 0.00 | $ 10.29 |
| Accountant for Trustee Fees: Callero and Callero lLP | $ 991.25 | $ 991.25 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 5,132.70 |
| Remaining Balance | $ 23,564.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,783.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 5,238.18 | $ 0.00 | $ 5,238.18 |
| 2 | Fsb American Express Bank | $ 1,055.44 | $ 0.00 | $ 1,055.44 |
| 3 | American Express Centurion Bank | $ 5,089.00 | $ 0.00 | $ 5,089.00 |
| 4 | American Express Centurion Bank | $ 4,628.13 | $ 0.00 | $ 4,628.13 |
| 5 | American Infosource Lp As Agent For | $ 772.56 | $ 0.00 | $ 772.56 |

Total to be paid to timely general unsecured creditors         $     16,783.31

Remaining Balance                                              $      6,781.57

Tardily filed claims of general (unsecured) creditors totaling $ 187.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Capital One NA | $ 187.10 | $ 0.00 | $ 187.10 |

Total to be paid to tardy general unsecured creditors        $        187.10

Remaining Balance        $        6,594.47

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 318.53 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,275.94 .

Prepared By: Joji Takada
                                                                        Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-19670-BWB
Ramon L Illa                                                              Chapter 7
Karen S Illa
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 2                Date Rcvd: Nov 17, 2014
                              Form ID: pdf006          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2014.
db/jdb         +Ramon L Illa,   Karen S Illa,   2025 Tuscany Lane,   Romeoville, IL 60446-5009
15507538        Accounts Receivable Mg,   155 Mid Atlantic Parkway,   Thorofare, NJ 08086
15507540       +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
21390291        American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21394111        American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15507544       +Blitt And Gaines, P.C.,   661 W. Glenn Avenue,   Wheeling, IL 60090-6017
21976821        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15557926       +FirstSource Advantage LLC,   Pob 628,   Buffalo NY 14240-0628
15507547       +Hsbc/carsn,   Hsbc Retail Srvs/Attn: Bk Dept,   Pob 5263,   Carol Stream, IL 60197-5263
15507552       +Motorola Employee Cred,   1205 E Algonquin Rd,   Schaumburg, IL 60196-1065
15507553        Nationwide Credit,   2015 Vaughn Rd NW Suite 400,   Kennesaw, GA 30144-7802
15507557        North Shore Agency Inc.,   PO Box 8901,   Westbury, NY 11590-8901
15507559       +Paragonway,   2101 West Ben Whit,   Austin, TX 78704-7516
15507564       +Stoneleigh Recovery,   p.o. box 1441,   Lombard, IL 60148-8441
15507565       +The Affiliated Group I,   Po Box 7739,   Rochester, MN 55903-7739
15507567       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: Us Bank/na Nd,    101 5th St E Ste A,   St Paul, MN 55101)
15507568       +Van Ru Credit Corp,   1350 E Toughy Avenue Suite 100E,   Des Plaines, IL 60018-3337
15507539       +allied interstate,   3000 Corporate Exchange Drive,   Columbus, OH 43231-7684
15507543        blatt, hasenmiller, lebsker & moore,   125 s. Wacker Dr #400,   Chicago, IL 60606-4440
15507545       +city of chicago,   dept. of revenue,   121 N. Lasalle street #107,   Chicago, IL 60602-1232
15507549        ics,   p.o. box 1010,   Tinley Park, IL 60477-9110
15507554       +ncc business services, inc,   3733 university blvd. w #300,   Jacksonville, FL 32217-2103
15507558       +nrc,   6491 peachtree industrial blvd,   Atlanta, GA 30360-2100
15507560       +pfg of minnesota,   7825 washington ave #310,   Minneapolis, MN 55439-2424
15507569        west asset management,   3432 jefferson ave,   Texarkana, AR 71854-2747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21470356        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 18 2014 01:36:22
                American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                Oklahoma City, OK  73124-8848
15507541       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 18 2014 01:22:29       Asset Acceptance,
                Po Box 2036,   Warren, MI 48090-2036
21264154        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2014 01:36:23       Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
15507546       +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2014 01:36:23       Discover Fin,
                Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
15507561       +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2014 01:36:19       GE Money Bank(Sams Club),
                c/o Recovery Management Systems Corp,   25 S E 2nd Ave Ste 1120,   Miami, FL 33131-1605
15507548       +E-mail/Text: bankruptcy@icsystem.com Nov 18 2014 01:23:36       I.C. System,
                444 Highway 96 East,   P.O. Box 64887,   Saint Paul, MN 55164-0887
15507550       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 18 2014 01:21:34       Kohls/chase,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
15507551       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 18 2014 01:22:32       Midland Credit Management,
                Po Box 939019,   San Diego, CA 92193-9019
15507555       +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 18 2014 01:22:59       NCO Financial Systems,
                507 Prudential Rd,   Horsham, PA 19044-2368
15507556       +E-mail/Text: bankrup@aglresources.com Nov 18 2014 01:21:17       Nicor Gas,
                Attention:  Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
15507566       +E-mail/Text: mtg.bankruptcy@regions.com Nov 18 2014 01:22:39       Up/regionsm,   Bankruptcy,
                Po Box 18001,   Hattiesburg, MS 39404-8001
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21394112*       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15507542      ##+Baker & Miller P.C.,   29 N Wacker Drive,   5th FLoor,   Chicago, IL 60606-3227
15507562      ##+Sears/cbsd,   Sears Bk Recovery,   Po Box 20363,   Kansas City, MO 64195-0363
15507563      ##+stellar recovery,   p.o. box 2210,   Southgate, MI 48195-4210
                                                                                              TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1         User: wepps              Page 2 of 2             Date Rcvd: Nov 17, 2014
                             Form ID: pdf006          Total Noticed: 36
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2014 at the address(es) listed below:
              Ariane    Holtschlag    on behalf of Creditor   Motorola Employees' Credit Union
               aholtschlag@wfactorlaw.com,   gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              Joji    Takada    on behalf of Accountant   Callero & Callero LLP trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji    Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
              Joji    Takada    on behalf of Trustee Joji   Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Kimberly   Bacher    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               kimberly.bacher@usdoj.gov;kimberlyabacher@hotmail.com
              Marina    Ricci    on behalf of Joint Debtor Karen S Illa mricci@changandcarlin.com,
               changcarlin@iamthewolf.com
              Marina    Ricci    on behalf of Debtor Ramon L Illa mricci@changandcarlin.com,
               changcarlin@iamthewolf.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```