UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Ramon L Illa § Case No. 10-19670
Karen S Illa §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Joji Takada, Chapter 7 Trustee      , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                             Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:             Claims Discharged
                                              Without Payment:

Total Expenses of Administration:

---

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ramon L Illa and Karen S Illa |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Motorola Employee Cred 1205 E Algonquin Rd Schaumburg, IL 60196 |  |  |  |  |  |
|  | Up/regionsm Bankruptcy Po Box 18001 Hattiesburg, MS 39404 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| RL Plumbing | | | | | |
| County Property Tax Indemnity | | | | | |
| County Property Taxes | | | | | |
| Repair Credit to Buyer | | | | | |
| Title, Settlement and Closing Charges | | | | | |
| Water Certification | | | | | |
| The Bank of New York Mellon | | | | | |
| Clerk, U.S. Bankruptcy Court | | | | | |
| Greater Illinois Title Company | | | | | |
| Paul Alfassa | | | | | |
| Callero and Callero LLP | | | | | |
| Callero and Callero LLP | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Real Estate Broker Commission | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accounts Receivable Mg 155 Mid Atlantic Parkway Thorofare, NJ 08086 | | | | | |
| | allied interstate 3000 Corporate Exchange Drive Columbus, OH 43231 | | | | | |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | Asset Acceptance Po Box 2036 Warren, MI 48090 | | | | | |
| | Baker & Miller P.C. 29 N Wacker Drive 5th FLoor Chicago, IL 60606 | | | | | |
| | blatt, hasenmiller, lebsker & moore 125 s. Wacker Dr #400 Chicago, IL 60606-4440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blitt And Gaines, P.C. 661 W. Glenn Avenue Wheeling, IL 60090 | | | | | |
| | city of chicago dept. of revenue 121 N. Lasalle street #107 Chicago, IL 60602 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | FirstSource Advantage, LLC P.O. Box 628 Buffalo, NY 14240 | | | | | |
| | Hsbc/carsn Hsbc Retail Srvs/Attn: Bk Dept Pob 5263 Carol Stream, IL 60197 | | | | | |
| | I.C. System 444 Highway 96 East P.O. Box 64887 Saint Paul, MN 55164 | | | | | |
| | ics p.o. box 1010 Tinley Park, IL 60477-9110 | | | | | |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Nationwide Credit 2015 Vaughn Rd NW Suite 400 Kennesaw, GA 30144-7802 | | | | | |
| | ncc business services, inc 3733 university blvd. w #300 Jacksonville, FL 32217 | | | | | |
| | NCO Financial Systems 507 Prudential Rd Horsham, PA 19044 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | North Shore Agency Inc. PO Box 8901 Westbury, NY 11590-8901 | | | | | |
| | nrc 6491 peachtree industrial blvd Atlanta, GA 30360 | | | | | |
| | Paragonway 2101 West Ben Whit Austin, TX 78704 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | pfg of minnesota 7825 washington ave #310 Minneapolis, MN 55439-2409 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 105968 Atlanta, GA 30353 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 105968 Atlanta, GA 30353 | | | | | |
| | Sears/cbsd Sears Bk Recovery Po Box 20363 Kansas City, MO 64195 | | | | | |
| | stellar recovery p.o. box 2210 Southgate, MI 48195-0210 | | | | | |
| | Stoneleigh Recovery p.o. box 1441 Lombard, IL 60148 | | | | | |
| | The Affiliated Group I Po Box 7739 Rochester, MN 55903 | | | | | |
| | The Affiliated Group I Po Box 7739 Rochester, MN 55903 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Affiliated Group I Po Box 7739 Rochester, MN 55903 | | | | | |
| | Us Bank/na Nd 101 5th St E Ste A St Paul, MN 55101 | | | | | |
| | Van Ru Credit Corp 1350 E Toughy Avenue Suite 100E Des Plaines, IL 60018 | | | | | |
| | west asset management 3432 jefferson ave Texarkana, AR 71854-2747 | | | | | |
| 3 | American Express Centurion Bank | | | | | |
| 4 | American Express Centurion Bank | | | | | |
| 5 | American Infosource Lp As Agent For | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 2 | Fsb American Express Bank | | | | | |
| 6 | Capital One NA | | | | | |
| | American Express Centurion Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Infosource Lp As Agent For | | | | | |
| | Capital One NA | | | | | |
| | DISCOVER BANK | | | | | |
| | Fsb American Express Bank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-19670 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Ramon L Illa | | | | Date Filed (f) or Converted (c): | 04/30/2010 (f) |
| | Karen S Illa | | | | 341(a) Meeting Date: | 06/23/2010 |
| For Period Ending: | 04/14/2015 | | | | Claims Bar Date: | 02/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2025 Tuscany Lane, Romeoville, Il | 193,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account With Tcf | 1,600.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account With Motorola Employees Credit Union | 1,600.00 | 0.00 | | 0.00 | FA |
| 4. Misc Used Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 5. Used Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6. Term Life Insurance Through Employer - No Current Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2005 Ford Escape With 70K Miles | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. 1995 Jeep Cherokee - Paid In Full | 1,200.00 | 0.00 | | 0.00 | FA |
| 9. Real Estate (u) | 0.00 | 0.00 | | 50,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $203,700.00    $0.00    $50,000.00    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assigned case after UST notified that debtor had unscheduled real estate; Debtor waived discharge; Trustee hiring broker/real estate attorney to sell property.

Real estate sold; Hiring accountant for estate to prepare Federal and state tax returns; Awaiting confirmation from title company that real estate property taxes have been paid - Joji Takada 2/11/2014

TFR prepared/filed - Joji Takada 11/30/2014

Prepare TDR. - Joji Takada 3/30/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page: 2

Case 10-19670   Doc 62   Filed 05/15/15   Entered 05/15/15 12:13:17   Desc Main
RE PROP #      9   --   9426 South Parnell, Chicago, Illinois           Document      Page 13 of 18

| | | Exhibit 8 |
|---|---|---|
| Initial Projected Date of Final Report (TFR): 12/01/2014 | Current Projected Date of Final Report (TFR): 12/01/2014 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-19670 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Ramon L Illa | Bank Name: The Bank of New York Mellon |
| Karen S Illa | Account Number/CD#: XXXXXX8106 |
| | Checking |
| Taxpayer ID No: XX-XXX0668 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/14/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/11/14 | | Greater Illinois Title Company | Proceeds from sale | | $28,050.12 | | $28,050.12 |
| | | | Gross Receipts $50,000.00 | | | | |
| | | Repair Credit to Buyer | Credit to Buyer ($3,000.00) | 2500-000 | | | |
| | | Real Estate Broker Commission | Real estate broker commission payment ($3,500.00) | 3510-000 | | | |
| | | RL Plumbing | Title closing costs and expenses ($250.00) | 2420-000 | | | |
| | | County Property Taxes | Real estate taxes ($1,765.36) | 2500-000 | | | |
| | | Title, Settlement and Closing Charges | Title closing costs and expenses ($2,850.50) | 2500-000 | | | |
| | | Paul Alfassa | Attorneys Fees ($1,084.00) | 3210-000 | | | |
| | | Water Certification | Title closing costs and expenses ($2,269.76) | 2500-000 | | | |
| | | County Property Tax Indemnity | Real estate taxes ($7,230.26) | 2500-000 | | | |
| | 9 | | Real Estate $50,000.00 | 1210-000 | | | |
| 03/05/14 | 100001 | Clerk, U.S. Bankruptcy Court 219 S. Dearborn Chicago, IL 60604 | Administrative Expense Deferred filing fee | 2700-000 | | $176.00 | $27,874.12 |
| 03/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.79 | $27,859.33 |
| 04/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.51 | $27,817.82 |
| 04/09/14 | | Greater Illinois Title Company | Proceeds from sale Reversal Return of escrow monies held by title company re real estate taxes | 1210-000 | $2,000.00 | | $29,817.82 |
| | | | Page Subtotals: | | $30,050.12 | $232.30 | |

UST Form 101-7-TDR (10/1/2010)  (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-19670 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | Ramon L Illa | Bank Name: | The Bank of New York Mellon | |
|  | Karen S Illa | Account Number/CD#: | XXXXXX8106 | |
|  |  |  | Checking | |
| Taxpayer ID No: | XX-XXX0668 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 04/14/2015 | Separate Bond (if applicable): |  | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/14 | | Greater Illinois Title Company | Real estate broker commission payment<br>Real estate tax escrow funds from title company | 2990-000 | | ($2,000.00) | $31,817.82 |
| 04/09/14 | 9 | Greater Illinois Title Company | Proceeds from sale<br>Return of escrow monies held by title company re real estate taxes | 1210-000 | ($2,000.00) | | $29,817.82 |
| 05/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.94 | $29,775.88 |
| 06/06/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.27 | $29,731.61 |
| 07/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.78 | $29,688.83 |
| 08/03/14 | 100002 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Payment to trustee professional<br><br>Accountant to estate | 3410-000 | | $991.25 | $28,697.58 |
| 12/16/14 | 100003 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $5,122.41 | $23,575.17 |
| 12/16/14 | 100004 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $10.29 | $23,564.88 |
| 12/16/14 | 100005 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution per court order. | | | $5,336.56 | $18,228.32 |
| | | | ($98.38) | 7990-000 | | | |
| | | DISCOVER BANK | Final distribution per court order.   ($5,238.18) | 7100-000 | | | |

| | | | Page Subtotals: | | ($2,000.00) | $9,589.50 | |

UST Form 101-7-TDR (10/1/2010)   (Page: 15)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-19670 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Ramon L Illa | Bank Name: | The Bank of New York Mellon |
| | Karen S Illa | Account Number/CD#: | XXXXXX8106 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0668 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/14/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/16/14 | 100006 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | | | $1,075.26 | $17,153.06 |
| | | | ($19.82) | 7990-000 | | | |
| | | Fsb American Express Bank | Final distribution per court order. ($1,055.44) | 7100-000 | | | |
| 12/16/14 | 100007 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | | | $5,184.58 | $11,968.48 |
| | | | ($95.58) | 7990-000 | | | |
| | | American Express Centurion Bank | Final distribution per court order. ($5,089.00) | 7100-000 | | | |
| 12/16/14 | 100008 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | | | $4,715.05 | $7,253.43 |
| | | | ($86.92) | 7990-000 | | | |
| | | American Express Centurion Bank | Final distribution per court order. ($4,628.13) | 7100-000 | | | |
| 12/16/14 | 100009 | American Infosource Lp As Agent For<br>T Mobile/T-Mobile Usa Inc<br>Po Box 248848<br>Oklahoma City, Ok 73124-8848 | Final distribution per court order. | | | $787.07 | $6,466.36 |
| | | | ($14.51) | 7990-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution per court order. ($772.56) | 7100-000 | | | |
| 12/16/14 | 100010 | Capital One NA<br>c/o Beckett and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Final distribution per court order. | | | $190.61 | $6,275.75 |
| | | | ($3.51) | 7990-000 | | | |

| | | | Page Subtotals: | | $0.00 | $11,952.57 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-19670
Case Name: Ramon L Illa
Karen S Illa

Taxpayer ID No: XX-XXX0668
For Period Ending: 04/14/2015

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8106
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Capital One NA | Final distribution per court order. ($187.10) | 7200-000 | | | |
| 12/16/14 | 100011 | Ramon L Illa and Karen S Illa | Distribution of surplus funds to debtor. | 8200-002 | | $6,275.75 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $28,050.12 | $28,050.12 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $28,050.12 | $28,050.12 |
| Less: Payments to Debtors | $0.00 | $6,275.75 |
| Net | $28,050.12 | $21,774.37 |

Page Subtotals: $0.00 $6,275.75

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8106 - Checking | $28,050.12 | $21,774.37 | $0.00 |
| | $28,050.12 | $21,774.37 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $21,949.88 |
| Total Net Deposits: | $28,050.12 |
| Total Gross Receipts: | $50,000.00 |